# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Terri Lashurn Yates, Appellant

No. 06-25-00005-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 30317). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that Yates pled not true to the State's allegations in its motion to proceed to an adjudication of guilt. As modified, we affirm the judgment of the trial court.

We note that the appellant, Terri Lashurn Yates, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 23, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk